NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**PDI COMMUNICATIONS, INC.,
NORTH AMERICAN CABLE EQUIPMENT, INC.,
PERFECTVISION MANUFACTURING, INC.,
AND DSI SYSTEMS, INC.,**
*Defendants-Appellees.*

---

2012-1619

---

Appeal from the United States District Court for the Northern District of Florida in No. 11-CV-0541, Judge Robert L. Hinkle.

---

**JUDGMENT**

---

GUY M. BURNS, Johnson, Pope, Bokor, Ruppel & Burns, LLP, of Tampa, Florida, argued for plaintiff-appellant. With him on the brief was JONATHAN S. COLEMAN. Of counsel on the brief was J. WILEY HORTON, Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., of Tallahassee, Florida.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for defendants-appellees. With him on the brief was JENNIFER L. SWIZE; LOUIS TOUTON, of Los Angeles, California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, REYNA AND TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 8, 2013                    /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk